**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA 95864-5950
Phone:       (916) 488-1000
Fax:         (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>McNAMARA & SMALLMAN CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | CASE NO.: C04 5264 MMC<br><br>**ORDER** |

Plaintiff Advantica, Inc. moved ex parte, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 30 day enlargement of time to serve the summons and complaint on McNamara & Smallman Construction, Inc.  Based on the ex parte motion, including the declaration of counsel, and for good cause shown, it is here <u>ORDERED</u> that the time for serving the summons and complaint on defendant McNamara & Smallman Construction, Inc. is hereby enlarged by 30 days, to and including July 7, 2005.

Dated: June 6, 2005                               /s/ Maxine M. Chesney
                                                  MAXINE M. CHESNEY
                                                  United States District Judge

O:\CLIENTS\ADVANTICA, INC\McNAMARA\#3-EX PARTE ORDER.wpd

**ORDER**