**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA 95864-5950
Phone:      (916) 488-1000
Fax:        (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>-vs-<br><br>McNAMARA & SMALLMAN CONSTRUCTION, INC., a California corporation,<br><br>    Defendant. | CASE NO.: C 04 5264 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff, Advantica, Inc. filed its request for a continuance of the Case Management Conference scheduled for June 24, 2005, at 10:30 a.m., on the ground that the defendant McNamara & Smallman Construction, Inc. has not yet been served with process, and a Case Management Conference is premature. For good cause shown, the request is granted, and it is ORDERED that the date for the initial Case Management Conference is continued to __August 26__, 2005, at _10:30_. A joint case management statement shall be filed no later than __August 19__, 2005.

Dated: _June 6_, 2005

/s/ Maxine M. Chesney
Maxine M. Chesney
Judge of the U.S. District Court

O:\CLIENTS\ADVANTICA, INC\McNAMARA\#2-ORDER-CONT-CMC.wpd