1  HENNELLY & GROSSFELD LLP
   Kenneth B. Grossfeld, Esq., CSB#110641
2  Brian M. Englund, Esq., CSB#070753
   3600 American River Drive, Suite 145
3  Sacramento, CA 95864-5950
   Phone: (916) 488-1000
4  Fax:   (916) 488-3269

5  Attorneys for Plaintiff, ADVANTICA, INC.,
   A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation, | Case No. C04 5264 MMC |
| Plaintiff, | STIPULATION AND ORDER TO FILE DOCUMENT UNDER SEAL |
| -vs- | |
| McNAMARA & SMALLMAN CONSTRUCTION, California corporation, | |
| Defendant. | |

The parties hereby stipulate that their written Settlement Agreement, effective May 19, 2005, may be filed under seal.

Dated: June 28, 2005

HENNELLY & GROSSFELD LLP

By: _____
    Brian M. Englund, Attorneys for
    Plaintiff ADVANTICA, INC., a Delaware
    Corporation

STIPULATION AND ORDER TO FILE DOCUMENT UNDER SEAL

LEONIDOU & ROSIN

By: _____
A. Robert Rosin, Attorneys for
Defendant McNamara & Smallman
Construction, Inc.

Dated: June 28, 2005

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 1, 2005

**APPROVED**
Judge Maxine M. Chesney

O:\CLIENTS\ADVANTICA, INC\McNAMARA\STIP-DOCUMENT-SEAL.wpd

STIPULATION AND ORDER TO FILE DOCUMENT UNDER SEAL
2