**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, Esq., CSB#110641
Brian M. Englund, Esq., CSB#070753
3600 American River Drive, Suite 145
Sacramento, CA 95864-5950
Phone: (916) 488-1000
Fax:    (916) 488-3269

Attorneys for Plaintiff, ADVANTICA, INC.,
A Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>McNAMARA & SMALLMAN CONSTRUCTION, California corporation,<br><br>Defendant. | Case No. C04 5264 MMC<br><br>STIPULATION OF DISMISSAL; AND ORDER |

Defendant McNamara & Smallman Construction, Inc. appears in this action by its attorney and stipulates with Plaintiff Advantica, Inc. as follows:

The parties have entered into a written settlement agreement effective as of May 19, 2005. This action may now be dismissed with prejudice, except that the Court may retain jurisdiction to enforce this settlement agreement.

HENNELLY & GROSSFELD LLP

Dated: June 9, 2005       By: _____
                          Brian M. Englund, Attorneys for
                          Plaintiff ADVANTICA, INC., a Delaware
                          Corporation

LEONIDOU & ROSIN

By: _A. Robert Rosin_
A. Robert Rosin, Attorneys for
Defendant McNamara & Smallman
Construction, Inc.

Dated: Jun 8, 2005

## ORDER

Based on the Stipulation of Dismissal, this action is hereby dismissed with prejudice, except that the court retains jurisdiction for the purpose of enforcing the settlement agreement described above.

Dated: July 1, 2005

**APPROVED**
Judge Maxine M. Chesney

O:\CLIENTS\ADVANTICA, INC\McNAMARA\STIP-DISMISSAL-ORDER.wpd